**BRINE, INC., Plaintiff–Appellee,**

**and**

**Sports Licensing, Inc., Plaintiff,**

**v.**

**STX, L.L.C., Defendant–Appellant.**

No. 05–1033.

United States Court of Appeals, Federal Circuit.

July 11, 2005.

Before RADER, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and PROST, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.